No. 96–5127.   BOYD v. OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 96–5129.   HEISTAND v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 96–5130.   WALTON v. OFFICE OF PERSONNEL MANAGEMENT.   C. A. Fed. Cir.   Certiorari denied.

No. 96–5131.   SMITH v. BECKER ET AL.   Ct. App. Tex., 14th Dist.   Certiorari denied.

No. 96–5132.   BROWN v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 96–5133.   BLANDINO v. NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 96–5135.   BALCAZAR v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 96–5137.   THOMAS v. ALABAMA ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 96–5138.   AMITIN v. MARYLAND DEPARTMENT OF SOCIAL SERVICES.   Ct. Sp. App. Md.   Certiorari denied.

No. 96–5140.   BOWMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 96–5141.   GOMEZ v. CHATER, COMMISSIONER OF SOCIAL SECURITY.   C. A. 9th Cir.   Certiorari denied.

No. 96–5142.   HAYES v. CORRECTION MANAGEMENT AFFILIATES, INC., ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 96–5143.   HERVEY v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 96–5144.   MILLS v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.